ACCEPTED
06-14-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/27/2015 11:36:29 AM
DEBBIE AUTREY
CLERK

## NO. 135-06

| | | |
|---|---|---|
| **MONDEE STRACENER**<br>**Plaintiff,** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **V.** | § | |
| | § | **6TH APPELLATE DISTRICT** |
| **DOUG STRACENER, BERNICE L.** | § | |
| **STRACENER AND JOEY KEITH** | § | |
| **STRACENER** | § | |
| **Defendants.** | § | **STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/27/2015 11:36:29 AM
DEBBIE AUTREY
Clerk

## AMENDED APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellant, Mondee Stracener, pursuant, and requests that the Court grant Appellant additional time in which to file Appellant's Brief.

I.

The deadline for filing Appellant's Brief is January 30, 2015.

II.

Appellant has been unable to file Appellant's Brief for the following reasons, which constitute good cause for the extension of time:

1. The Appellant's Brief is due to be filed the 30th day of January, 2015.

2. The law partner of Robert M. Minton, the attorney for Mondee Stracener, suffered a very serious heart attack on the 3rd day of October, 2014, and has not returned to practice as of this date. A defibrillator was installed in Mr. David Brown on December 10, 2014, and after his

adjustment period to this, Mr. Brown will require cardiac rehabilitation. The present prognosis is that Mr. Brown has not been cleared to return to the office for practice.

3. The undersigned, Robert M. Minton, has been attempting to service the practice of Mr. David Brown as well as his own, and this has been time consuming.

The undersigned, in order to serve the interests of justice, clients of the joint law practice, and the Court, respectfully requests the Court to extend the time for filing Appellant's Brief to through the 9th day of February, 2015. This request is not made for the purpose of delay, but so that the undersigned may adequately serve the interests of the legal profession in seeing to it that his clients are adequately advised, represented, and their work completed on time, as well as to handle the appeal of this proceeding.

The undersigned has requested Mr. David B. Griffith for Appellees, to notify the Court of his consent to the granting of this motion, but Mr. Griffith has refused.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Granting this request for an enlargement of time to file will not delay the business of the Court.

V.

No further extensions of time to file will be sought.

**WHEREFORE, PREMISES CONSIDERED**, Appellant requests the Court to grant

RMMtmp
E:\Tonya\MINTON\Lawsuits\2013\Stracener,Mondee\MotionExtendTimeAndOrder.1-27-2015.docx

until February 9, 2015 to file Appellant's Brief.

Respectfully submitted,

MINTON & BROWN PLLC

By: _____

Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Plaintiff
Mondee Stracener

## CERTIFICATE OF SERVICE

I certify that on _January 27_, 2015, a true and correct copy of Appellant's Motion to Extend Time to File Appellant's Brief was served on David B. Griffith electronically at davidg@griffithlawfirm.com and the electronic transmission was reported as complete.

_____

Robert M. Minton
E-mail:mintonbrown@suddenlinkmail.com

## NO. 135-06

| | | |
|---|---|---|
| MONDEE STRACENER<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 115TH JUDICIAL DISTRICT |
| DOUG STRACENER, BERNICE L.<br>STRACENER AND JOEY KEITH<br>STRACENER<br>Defendants. | §<br>§<br>§<br>§<br>§ | OF UPSHUR COUNTY, TEXAS |

## ORDER GRANTING
## APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE
## APPELLANT'S BRIEF

On _____, the Court considered the Appellant's Motion for

Additional Time to File Appellant's Brief, and after reviewing the evidence and hearing the

arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Movant shall have until February 9, 2015 to file

Appellant's Brief.

**SIGNED** on _____, 2015.


_____
JUDGE PRESIDING